CASPER DORT, Appellant, *v.* EVA NICKEN, Respondent.

(Submitted October 12, 1891 ; decided October 27, 1891.)

APPEAL from order of the General Term of the Supreme Court, in the fifth judicial department, made October 19, 1889, which reversed a judgment in favor of plaintiff, entered upon a decision of the court on trial at Special Term.

*Myron H. Peck* for appellant.

*William C. Fitch* for respondent.

Agree to reverse order and to affirm judgment of Special Term on opinion of DANIELS, J., at Special Term.
All concur.
Ordered accordingly.

---

THE MANHATTAN RAILWAY COMPANY, Appellant, *v.* JOHN M. CORNELL, Respondent.

(Argued October 12, 1891; decided October 27, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, in favor of defendant, entered upon an order made November 7, 1889, which dismissed plaintiff's claim upon the merits on a case submitted under sections 1279–1281 of the Code of Civil Procedure.

*Samuel H. Benton* for appellant.

*Tallmadge W. Foster* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.